UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY, | : CIVIL ACTION NO. 302CV30 (SRU) |
|     Plaintiff | : |
| | : |
| VS. | : |
| | : |
| DOUGLAS WHITE and | : |
| ROSALIE WHITE, | : |
|     Defendants | : DECEMBER 19, 2003 |

MOTION FOR ENLARGEMENT OF TIME
AND REQUEST FOR SETTLEMENT CONFERENCE

    Pursuant to Local Rule 7b, the defendants, Douglas and Rosemarie White, move for an enlargement of time to file the final pretrial report and, further, pursuant to Rule 16(c), move for a settlement conference before U.S. Magistrate Judge William Garfinkel prior to the filing of the final order and trial ready status.

    The enlargement to file the final pretrial report is requested to a time two weeks after the conference is held. In the event that the request for a settlement conference is denied, the defendants request an additional 30 days to file the final pretrial order.

In support of the Motion, the defendants submit that the facts of the case, which is a claim against the wife of the defendant judgment debtor by his judgment creditor on, inter alia, a claim for fraudulent transfer of money, have now become clear. The cost and expense of preparing the required pretrial order would be better utilized by having a formal settlement conference attended by the parties in an effort to craft a resolution of the case.

Counsel for the plaintiff reports that his client believes that the likelihood of settlement is low, but he does not object to a status/settlement conference. He further does not object to an enlargement of time as requested. This is the first extension filed by the defendants, but the sixth overall. The plaintiff has been advised of this motion and consent thereto.

DEFENDANTS,
DOUGLAS WHITE AND ROSALIE A. WHITE

By_____
R. Bradley Wolfe
Gordon, Muir and Foley, LLP
Ten Columbus Boulevard
Hartford, CT 06106
Telephone Number: (860) 525-5361
Fed. Bar No. ct 04332

## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was mailed to the following counsel of record on December 19, 2003:

Paul N. Gilmore, Esquire
Updike, Kelly & Spellacy, PC
One State Street
P.O. Box 231277
Hartford, CT 06123-1277

 

_____
R. Bradley Wolfe

::ODMA\PCDOCS\DOCS\351760\1