UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| THE CADLE COMPANY )<br>Plaintiff, ) | CIVIL ACTION NO. |
| vs. ) | 3:02-CV-30 (SRU) |
| DOUGLAS WHITE and )<br>ROSALIE A. WHITE )<br>Defendants. ) | DECEMBER 23, 2003 |

## SIXTH MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, and Rules 9 and 11 of the Local Rules of Civil Procedure, the Plaintiff in the above action, The Cadle Company (the "Plaintiff"), hereby moves to extend the deadline for filing a joint trial memorandum for forty-five (45) days, through and including February 12, 2004.

Additional time to file the Joint Trial Memorandum is requested because the defendants have requested a settlement conference and a stay of the pre-trial order pending such conference. Counsel for the Plaintiff has conferred with the Defendants' counsel and he consents to the granting of this motion.

348059

This is the Plaintiff's sixth motion to modify the scheduling order. The first modification was sought because the Plaintiff was awaiting production of documents from the defendants before it could conduct meaningful depositions. The second modification was sought to allow for the rescheduling of the deposition of Defendant Douglas White. The third modification was sought to allow sufficient time for documents sought by subpoena to be retrieved from storage and copied. The fourth modification was sought so the District Court for the Northern District of New York could hear oral argument on issues concerning a subpoena served by the Plaintiff in New York. The fifth extension was sought because Plaintiff's counsel has several pressing matter requiring substantive attention

WHEREFORE, by reason of the foregoing, the Plaintiff requests an extension of the deadline for filing a Joint Trial Memorandum to, and including, February 12, 2004.

PLAINTIFF,
THE CADLE COMPANY

By: /s/ Kate K. Simon
PAUL N. GILMORE, ESQ. (ct03347)
KATE KOTSAFTIS SIMON, ESQ. (ct23489)
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel. (860) 548-2600
Fax (860) 548-2680

348059                                    2

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class U.S. mail, postage prepaid, this 23rd day of December, 2003 to:

R. Bradley Wolfe, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd.
Hartford, CT 06106

_____
Kate Kotsaftis Simon, Esq.
Updike, Kelly & Spellacy, P.C.