FILED

2004 JAN -5 P 12: 32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| THE CADLE COMPANY ) | |
|     Plaintiff, ) | CIVIL ACTION NO. |
| ) | |
| vs. ) | 3:02-CV-30 (SRU) |
| ) | |
| DOUGLAS WHITE and ) | JANUARY 2, 2004 |
| ROSALIE A. WHITE ) | |
|     Defendants. ) | |

### MOTION TO WITHDRAW APPEARANCE

The undersigned hereby moves to withdraw her appearance on behalf of plaintiff, The Cadle Company, as she has taken a position with Bingham McCutchen LLP and, as such, will no longer be practicing at Updike, Kelly & Spellacy, P.C., which represents The Cadle Company.

The Cadle Company remains represented in this action by Attorney Paul Gilmore.

_____
KATE KOTSAFTIS SIMON, ESQ.
Federal Bar Number ct23489
UPDIKE, KELLY & SPELLACY, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel. (860) 548-2600

**ORAL ARGUMENT NOT REQUESTED**
348866

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| THE CADLE COMPANY )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>DOUGLAS WHITE and )<br>ROSALIE A. WHITE )<br>    Defendants. )<br>) | CIVIL ACTION NO.<br><br>3:02-CV-30 (SRU)<br><br>JANUARY 2, 2004 |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via first class United States mail, postage prepaid, this 2nd day of January, 2004 to:

R. Bradley Wolfe, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd.
Hartford, CT 06106

*Kate K. Simon*
KATE KOTSAFTIS SIMON

348866