UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY | : |
| | : |
| v. | : |
| | : Civil Action No. |
| DOUGLAS WHITE and ROSALIE WHITE | : 3:02cv30 (SRU) |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_  A ruling on the following motions which are currently pending:  (orefm.)

<u> X </u>  A settlement conference (orefmisc./cnf)

\_\_\_  A conference to discuss the following:  (orefmisc./cnf) _____

\_\_\_  Other:  (orefmisc./misc) _____

SO ORDERED this 5th day of January 2004, at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge