02CV30M EXTIME

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| THE CADLE COMPANY <br> Plaintiff, <br><br> vs. <br><br> DOUGLAS WHITE and <br> ROSALIE A. WHITE <br> Defendants. | CIVIL ACTION NO. <br><br> 3:02-CV-30 (SRU) <br><br> DECEMBER 23, 2003 |

### SIXTH MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, and Rules 9 and 11 of the Local Rules of Civil Procedure, the Plaintiff in the above action, The Cadle Company (the "Plaintiff"), hereby moves to extend the deadline for filing a joint trial memorandum for forty-five (45) days, through and including February 12, 2004.

Additional time to file the Joint Trial Memorandum is requested because the defendants have requested a settlement conference and a stay of the pre-trial order pending such conference. Counsel for the Plaintiff has conferred with the Defendants' counsel and he consents to the granting of this motion.

GRANTED; ABSENT OBJECTION.
SO ORDERED 1/5/04
/s/ Stefan R. Underhill, USDJ

348059