UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

THE CADLE COMPANY

2004 FEB -3 P 12:37

v.

US DISTRICT COURT
BRIDGEPORT

Civ. 3: 02-CV-30(SRU)

DOUGLAS WHITE
ROSALIE A WHITE

November 26, 2002

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| [signature] | The Cadle Company | 11/26/02 |
| [signature] | Douglas White | 11/26/02 |
| [signature] | Rosalie A White | 11/26/02 |
| | | |

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY MAGISTRATE JUDGE. <u>DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.</u>

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _William I. Garfinkel_, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

_2/3/04_
Date

_____
United States District Judge