UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

February 26, 2004

1:00 p.m.

*Held — 4 hours)*

CASE NO. **3:02cv30 (SRU)**    **The Cadle Company vs. Douglas White, et al**

William J. Gallitto
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976

Paul Nicholas Gilmore
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277

R. Bradley Wolfe
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK