UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | | |
|---|---|---|
| THE CADLE COMPANY<br>   Plaintiff, | )<br>)<br>) | CIVIL ACTION NO. |
| vs. | )<br>)<br>) | 3:02-CV-30 (SRU) |
| DOUGLAS WHITE and<br>ROSALIE A. WHITE<br>   Defendants. | )<br>)<br>)<br>)<br>) | MARCH 4, 2003 |

**SEVENTH MOTION TO MODIFY SCHEDULING ORDER**

  Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, and Rules 9 and 11 of the Local Rules of Civil Procedure, the Plaintiff in the above action, The Cadle Company (the "Plaintiff"), hereby moves to extend the deadline for filing a joint trial memorandum by forty-five (45) days, through and including May 15, 2004.

  Additional time to file the Joint Trial Memorandum is requested because the settlement conference requested by the defendants, during which time the preparation of the joint trial memorandum was deferred (because of the costs of preparation), was concluded last week. The four-hour long conference failed to produce a settlement and the parties now need to prepare the memorandum and for trial. Due to the schedules of both counsel (which is heavy, particularly in

355384

March), the additional forty-five days is needed in order to thoughtfully work towards narrowing the issues and prepare the case for trial in as streamlined a manner as may be possible.

Counsel for the Plaintiff has conferred with the Defendants' counsel and he consents to the granting of this motion and joins in the request.

This is the Plaintiff's seventh motion to modify the scheduling order. The first modification was sought because the Plaintiff was awaiting production of documents from the defendants before it could conduct meaningful depositions. The second modification was sought to allow for the rescheduling of the deposition of Defendant Douglas White. The third modification was sought to allow sufficient time for documents sought by subpoena to be retrieved from storage and copied. The fourth modification was sought so the District Court for the Northern District of New York could hear oral argument on issues concerning a subpoena served by the Plaintiff in New York. The fifth extension was sought because Plaintiff's counsel has several pressing matter requiring substantive attention. The sixth extension was sought because of the settlement conference (discussed above).

WHEREFORE, by reason of the foregoing, the Plaintiff requests an extension of the deadline for filing a Joint Trial Memorandum to, and including, May 15, 2004.

                PLAINTIFF,
                THE CADLE COMPANY


By:_____
      PAUL N. GILMORE, ESQ. (ct03347)
      Updike, Kelly & Spellacy, P.C.
      One State Street
      P.O. Box 231277
      Hartford, CT 06123-1277
      Tel. (860) 548-2600
      Fax (860) 548-2680

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via first class U.S. mail, postage prepaid, this 4th day of March, 2004 to:

R. Bradley Wolfe, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd.
Hartford, CT 06106

                                              _____
                                              Paul N. Gilmore, Esq.
                                              Updike, Kelly & Spellacy, P.C.