33

MOTION GRANTED. It is SO ORDERED.
WILLIAM I. GARFINKEL, U.S.M.J.   3/12/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| THE CADLE COMPANY<br>Plaintiff, | )<br>)<br>) |
| vs. | ) CIVIL ACTION NO.<br>) 3:02-CV-30 (SRU) |
| DOUGLAS WHITE and<br>ROSALIE A. WHITE<br>Defendants. | )<br>) MARCH 4, 2003<br>)<br>) |

FILED 2004 MAR 5 P 12:54
US DISTRICT COURT
BRIDGEPORT, CONN

## SEVENTH MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, and Rules 9 and 11 of the Local Rules of Civil Procedure, the Plaintiff in the above action, The Cadle Company (the "Plaintiff"), hereby moves to extend the deadline for filing a joint trial memorandum by forty-five (45) days, through and including May 15, 2004.

Additional time to file the Joint Trial Memorandum is requested because the settlement conference requested by the defendants, during which time the preparation of the joint trial memorandum was deferred (because of the costs of preparation), was concluded last week. The four-hour long conference failed to produce a settlement and the parties now need to prepare the memorandum and for trial. Due to the schedules of both counsel (which is heavy, particularly in

FILED 2004 MAR 15 P 2:
U.S. DISTRICT COURT
BRIDGEPORT, CONN

355384