UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 30, 2004

4:00 p.m.

*Held 1 hour*

CASE NO. **3:02cv30 (SRU)**   **The Cadle Co. Vs. White, et al**

William J. Gallitto
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976


Paul Nicholas Gilmore
Updike, Kelly & Spellacy, P.C.
One State St., Po Box 231277
Hartford, CT 06123-1277


R. Bradley Wolfe
Gordon, Muir & Foley
Hartford Square North
10 Columbus Blvd.
Hartford, CT 06106-1976


* PLAINTIFF COUNSEL WILL INITIATE THE CALL TO JUDGE GARFINKEL @ 203-579-5593.

   THANKS.


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK