UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 10  P 4: 05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

THE CADLE COMPANY,
    Plaintiff,

v.                              Civ. No. 3:02cv30 (WIG)

DOUGLAS WHITE and
ROSALIE A. WHITE,
    Defendants.

## ORDER OF TRANSFER

IT IS HEREBY ORDERED that this case be referred to <u>The Honorable Thomas P. Smith</u>, United States Magistrate Judge, for all further proceedings, including trial and the entry of a final judgment.

All future filings should be filed at the seat of court where the magistrate judge sits and the case number must be followed by the magistrate judge's initials.

SO ORDERED this 7th day of May 2004.

William I. Garfinkel
United States Magistrate Judge