UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY ANN FABICH | : | NO.: 3:04CV309 (AWT) |
| v. | : | |
| MICHAEL D. CUSTER, ROBERT CATANIA AND JONATHAN LAMMERS | : | JULY 15, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 33(b), the defendants, Michael D. Custer, Robert Catania and Jonathan Lammers, hereby move the Court for an enlargement of time of thirty (30) days, up to and including **September 8, 2004**, in which to answer, object or otherwise respond to plaintiff's Interrogatories and Request for Production dated May 10, 2004. The requested additional time will be necessary to coordinate the information required to prepare an appropriate response.

The undersigned has contacted Attorney Dawne Westbrook, counsel for the plaintiff, and has been advised that the plaintiff has no objection to the granting of this motion.

ORAL ARGUMENT IS NOT REQUESTED

This is the third enlargement of time to respond to this discovery request sought by the defendants.

WHEREFORE, the defendants request that their Motion for Enlargement of Time up to and including **September 8, 2004** be granted.

> DEFENDANTS,
> MICHAEL D. CUSTER, ROBERT
> CATANIA AND JONATHAN LAMMERS
>
> By_____
> Thomas R. Gerarde
> ct05640
> Howd & Ludorf
> 65 Wethersfield Avenue
> Hartford, CT 06114
> (860) 249-1361
> (860) 249-7665 (Fax)
> E-Mail: tgerarde@hl-law.com

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY ANN FABICH | : | NO.: 3:04CV309 (AWT) |
| v. | : | |
| MICHAEL D. CUSTER, ROBERT CATANIA AND JONATHAN LAMMERS | : | JULY 15, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 33(b), the defendants, Michael D. Custer, Robert Catania and Jonathan Lammers, hereby move the Court for an enlargement of time of thirty (30) days, up to and including **September 8, 2004**, in which to answer, object or otherwise respond to plaintiff's Interrogatories and Request for Production dated May 10, 2004. The requested additional time will be necessary to coordinate the information required to prepare an appropriate response.

The undersigned has contacted Attorney Dawne Westbrook, counsel for the plaintiff, and has been advised that the plaintiff has no objection to the granting of this motion.

ORAL ARGUMENT IS NOT REQUESTED

This is the third enlargement of time to respond to this discovery request sought by the defendants.

WHEREFORE, the defendants request that their Motion for Enlargement of Time up to and including **September 8, 2004** be granted.

DEFENDANTS,
MICHAEL D. CUSTER, ROBERT
CATANIA AND JONATHAN LAMMERS

By_____
Thomas R. Gerarde
ct05640
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: tgerarde@hl-law.com

## CERTIFICATION

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 15th day of July, 2004.

Dawne Westbrook, Esquire
P.O. Box 2502
Middletown, CT  06457

_____
Thomas R. Gerarde

FILED

2004 JUL 16 A 11: 02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

---

| | |
|---|---|
| THE CADLE COMPANY, | CIVIL ACTION NO. |
| Plaintiff | 3:02-CV-30 (TPS) |
| v. | |
| DOUGLAS WHITE and | |
| ROSALIE A. WHITE, | |
| Defendants | July 15, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Rule 16(b) of the Local Rules of Civil Procedure, the Plaintiff in the above action, The Cadle Company (the "Plaintiff"), hereby moves to extend the deadline for filing a joint trial memorandum by fourteen (14) days, through and including August 13, 2004. The current deadline is July 30, 2004. In support of this motion, the undersigned represents that he has of late been assigned two unforeseen matters that will require substantial attention in the short term. Therefore, additional time will be needed to complete the joint trial memorandum in this case.

Counsel for the Plaintiff has conferred with the Defendants' counsel and he consents to the granting of this motion.

368692

WHEREFORE, by reason of the foregoing, the Plaintiff requests an extension of the deadline for filing a Joint Trial Memorandum to, and including, August 13, 2004.

PLAINTIFF,
THE CADLE COMPANY

By _____
Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Telephone Number: (860) 548-2600
Federal Bar No.: ct03347

368692

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class U.S. mail, postage prepaid, this 15th day of July, 2004 to:

R. Bradley Wolfe, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd.
Hartford, CT 06106

_____
Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.

368692