FILED

2004 JUL 16 A 11: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

|  |  |
|---|---|
| THE CADLE COMPANY,<br>Plaintiff | CIVIL ACTION NO.<br>3:02-CV-30 (TPS) |
| v. |  |
| DOUGLAS WHITE and<br>ROSALIE A. WHITE,<br>Defendants | July 15, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Rule 16(b) of the Local Rules of Civil Procedure, the Plaintiff in the above action, The Cadle Company (the "Plaintiff"), hereby moves to extend the deadline for filing a joint trial memorandum by fourteen (14) days, through and including August 13, 2004. The current deadline is July 30, 2004. In support of this motion, the undersigned represents that he has of late been assigned two unforeseen matters that will require substantial attention in the short term. Therefore, additional time will be needed to complete the joint trial memorandum in this case.

Counsel for the Plaintiff has conferred with the Defendants' counsel and he consents to the granting of this motion.

8/2/02. granted.
[signature] WMT

368692