UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

```
-----------------------------------------------------:
                                                     :
THE CADLE COMPANY,                                   :    CIVIL ACTION NO.
      Plaintiff                                      :    3:02-CV-30 (TPS)
                                                     :
v.                                                   :
                                                     :
DOUGLAS WHITE and                                    :
ROSALIE A. WHITE,                                    :
      Defendants                                     :
-----------------------------------------------------:    August 23, 2004
```

**Motion for Continuance of Trial Date**

Pursuant to Rule 7(b)2 of the Local Rules of Civil Procedure for the District of Connecticut the defendants request a continuance of the trial date now scheduled for September 21, 2004. This matter involves the claims by the Cadle Company that Rosalie White was the recipient of voidable, fraudulent transfers of money from her husband, Douglas White. The testimony of Mrs. White as to the benefit conferred by the transfers is critical to the defense of the case.

On Saturday, August 21, the defendant, Rosalie White, was admitted to Yale New Haven Hospital with an aneurism. Her condition as of today is critical, as she has had an additional

Cerebral Vascular Accident, is currently partially paralyzed and not fully capable of communication. It is expected that she will not be able to effectively communicate with counsel for several weeks, at best.

     Therefore, the defendants request that the matter be marked off the trial list, with counsel to report to the court in 30 days with the status of the health of Mrs. White.

     Mr. Gilmore, counsel for the plaintiff, consents to this motion. This is the first motion for continuance of trial made by the defendants.

DEFENDANTS,
DOUGLAS WHITE AND ROSALIE A. WHITE

By_____
  R. Bradley Wolfe
  Gordon, Muir and Foley, LLP
  Ten Columbus Boulevard
  Hartford, CT 06106
  Telephone Number: (860) 525-5361
  Fed. Bar No. ct 04332
  rbwolfe@gmf.law.com

## **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing was mailed to the following counsel of record on August 23, 2004:

Paul N. Gilmore, Esquire
Updike, Kelly & Spellacy, PC
One State Street
PO Box 231277
Hartford, CT 06123-1277

                                            _____
                                            R. Bradley Wolfe