UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-30 (TPS) |
| v. | : | |
| DOUGLAS WHITE and | : | |
| ROSALIE A. WHITE, | : | |
| Defendants | : | |
| | : | NOVEMBER 28, 2005 |

MOTION TO PRECLUDE

Defendants, Douglas and Rosalie White, move, pursuant to Rule 402 of the Federal Rules of Civil Procedure, to preclude the introduction of any evidence regarding the following subject matters:

1. The purchase, ownership and use of the property located at 255 Cemetary Road, Canturbury, CT.

2. The purchase, ownership and use of the property located at 53 Flat Rock Hill Road, Old Lyme, Connecticut, the defendants' residence.

     3.     The Glens Falls Realty Partnership and/or Compak, the company of which Mr. White was a part prior to Cadle Company's purchase of the debt.

     4.     The existence, administration or assets of the Anne Feldman Trust.

DEFENDANTS,
DOUGLAS WHITE AND ROSALIE A. WHITE

By_____
R. Bradley Wolfe
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Telephone Number: (860) 525-5361
Fed. Bar No. ct 04332
rbwolfe@gmf.law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via e-mail and mailed, postage prepaid, to the following counsel of record on November 28, 2005:

Paul N. Gilmore, Esquire
Updike, Kelly & Spellacy, PC
One State Street
PO Box 231277
Hartford, CT 06123-1277

_____
R. Bradley Wolfe

::ODMA\PCDOCS\DOCS\406242\2