UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CADLE COMPANY, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-30 (TPS) |
| v. | : | |
| DOUGLAS WHITE and ROSALIE A. WHITE, | : | |
| Defendants | : | NOVEMBER 28, 2005 |

MEMORANDUM IN SUPPORT OF MOTION TO PRECLUDE

In this fraudulent transfer case, the plaintiff has based its case on the series of transfers of Mr. White's commission checks to his wife for use in paying their joint debts. The gravaman of the complaint is that the technical transfer or deposit of the checks is a transfer out of the possession of the debtor, and, therefore, is fraudulent as to the creditor, The Cadle Company. Cadle maintains that the use of the money, to pay household expenses, is irrelevant to the issues, because the money left Mr. White's control before it was used to pay bills. Cadle will agree that the money was spent, with extremely limited exceptions and for all intents and purposes for costs of living, including business expenses.

In its pretrial memorandum, Cadle has signaled its intent to introduce evidence of the transactions noted above, especially the failure of the packaging business and the ownership of the homes that the Whites have lived in since 1986. There is no allegation that any of the proceeds of commission checks since 1990 have been used to buy or invest in the homes. It is a known fact that the homes were and are owned by a third-party who is not a party to this matter, and there is no claim that the transfer of or ownership of the property was a fraudulent transfer. Any inquiry regarding these properties is, therefore, not a proper subject matter for inquiry under Rule 402 or 403 of the Federal Rules of Evidence.

Specifically, the introduction of evidence regarding the existence of future assets to which Cadle may look in the future to effect collection of a judgment is not relevant to this inquiry, since it is both premature and involves entities that are not parties to the litigation.

DEFENDANTS,
DOUGLAS WHITE AND ROSALIE A. WHITE


By_____
  R. Bradley Wolfe
  Gordon, Muir and Foley, LLP
  10 Columbus Boulevard
  Hartford, CT 06106
  Telephone Number: (860) 525-5361
  Fed. Bar No. ct 04332
  rbwolfe@gmf.law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent, via e-mail, and mailed, postage prepaid, to the following counsel of record on November 28, 2005:

Paul N. Gilmore, Esquire
Updike, Kelly & Spellacy, PC
One State Street
PO Box 231277
Hartford, CT 06123-1277

                                                                                                    _____
                                                                                                  R. Bradley Wolfe

::ODMA\PCDOCS\DOCS\406860\1