UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ----------------------------------------------------: | | |
| | : | |
| THE CADLE COMPANY, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02-CV-30 (TPS) |
| | : | |
| v. | : | |
| | : | |
| DOUGLAS WHITE  and | : | |
| ROSALIE A. WHITE, | : | |
| Defendants | : | |
| ----------------------------------------------------: | | NOVEMBER 28, 2005 |

OBJECTION TO PLAINTIFF'S EXHIBITS ON GROUNDS OF RELEVANCE

The following proposed exhibits do not reflect on any transfers of Douglas White's assets at any time material to the complaint.  As such, they are not relevant to this inquiry under Rules 402 and 403 of the Federal Rules of Evidence and, therefore, should not be admitted in this matter.

Exhibit 41.  Insurance policy on unowned property for which there is no allegation that it was acquired with proceeds from sales efforts.

Exhibit 53.  Non-party sales documents regarding the purchase of Rosalie White's property by Ann Feldman Trust.  Further, there is no foundation or authenticity of the document with no relation to monies transferred from Douglas White.

Exhibit 54.  Listing Contract for sale of Canterbury property.  See argument to Exhibit 53 above.

Exhibit 55.  Sale agreement for Ann Feldman Trust.

Exhibit 56.  Appointment of successor trustee.  See argument to Exhibit 53 above.

Exhibit 57A and B Trust Documents.  There is no evidence that Mr. White had anything to do with the establishment or funding of either trust. The documents are therefore immaterial.

Exhibit 58.  Deed to Old Lyme Property to Trust.  See argument to Exhibit 53 above.

DEFENDANTS,
DOUGLAS WHITE AND ROSALIE A. WHITE


By_____
  R. Bradley Wolfe
  Gordon, Muir and Foley, LLP
  10 Columbus Boulevard
  Hartford, CT 06106
  Telephone Number: (860) 525-5361
  Fed. Bar No. ct 04332
  rbwolfe@gmf.law.com

# **CERTIFICATION**

This is to certify that a copy of the foregoing was sent, via e-mail and mailed, postage

prepaid, to the following counsel of record on November 28, 2005:


Paul N. Gilmore, Esquire
Updike, Kelly & Spellacy, PC
One State Street
PO Box 231277
Hartford, CT 06123-1277


_____

R. Bradley Wolfe


::ODMA\PCDOCS\DOCS\406797\1