UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| THE CADLE COMPANY, <br> Plaintiff | CIVIL ACTION NO. <br> 3:02-CV-30 (TPS) |
| v. | |
| DOUGLAS WHITE and <br> ROSALIE A. WHITE, <br> Defendants | NOVEMBER 30, 2005 |

## OBJECTION TO MOTION TO PRECLUDE

The plaintiff hereby objects to the defendants' motion to preclude dated November 28, 2005, as the motion is not well taken, for the reasons briefly set forth herein and more particularly set forth in the accompanying memorandum of law.

First, defendants seek to preclude, on relevancy grounds, the introduction of evidence relating directly to facts to which they have stipulated for the trial of the merits. In particular, Stipulated Facts paragraphs 15-18 (set forth in the joint trial memorandum), relate directly to all four of the subject matters listed in the motion to preclude. Indeed, it is not clear from the motion to preclude, which technically speaks to the introduction of evidence, and not to the

368692

stipulation of facts, whether the defendants seek to have this court disregard portions of the stipulated facts.

Second, the subject matter of the motion to preclude, the business and financial circumstances of the transferor and the use and disposition of property by the defendants, all paint of picture of the defendants' lives from which a motive, or intent, on the part of the defendant-transferor can be inferred when evaluating the challenged transfers under the intent to defraud count. The defendant-transferor's life cannot be limited to a mere snapshot in time when it comes to discerning, and determining, the motive or intent with which said defendant acted with respect to the commission check transfers at issue in this suit.

WHEREFORE, the motion to preclude should be denied.

PLAINTIFF,
THE CADLE COMPANY

By /s/ Paul M. Gilmore
Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
P.O. Box 231277
Hartford, CT  06123-1277
Telephone Number: (860) 548-2600
Federal Bar No.: ct03347

368692

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via first class U.S. mail, postage prepaid, this 30th day of November, 2004 to:

R. Bradley Wolfe, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd.
Hartford, CT 06106

_____
Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.

368692