UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

------------------------------------------------------:
                                                      :
THE CADLE COMPANY,            :   CIVIL ACTION NO.
         Plaintiff            :   3:02-CV-30 (TPS)
                              :
v.                            :
                              :
DOUGLAS WHITE and             :
ROSALIE A. WHITE,             :
         Defendants           :
------------------------------------------------------:   NOVEMBER 30, 2005

## REPLY TO OBJECTION TO EXHIBITS

The plaintiff hereby replies to the defendants' objection to exhibits, which objection was made as to seven of the trial exhibits in this case. The plaintiff opposes the objection for the reasons articulated in the memorandum of law in opposition to the motion to preclude, as these exhibits deal with the very subject matter that are at issue in said motion. Accordingly, plaintiff respectfully refers this Honorable Court to said memorandum of law as its opposition to the objection, with the exception of the issue of authentication raised as to one exhibit, which will be addressed at trial.

WHEREFORE, the objection to exhibits should be overruled.

417204

                          PLAINTIFF,
                          THE CADLE COMPANY

By *[signature]*
                Paul N. Gilmore, Esq.
                Updike, Kelly & Spellacy, P.C.
                One State Street
                P.O. Box 231277
                Hartford, CT  06123-1277
                Telephone Number: (860) 548-2600
                Federal Bar No.:  ct03347

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class U.S. mail, postage prepaid, this 30th day of November, 2004 to:

R. Bradley Wolfe, Esq.
Gordon, Muir & Foley, LLP
10 Columbus Blvd.
Hartford, CT 06106

*[signature]*
Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.

417204