AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

Cadle Co.
v.
Douglas

**EXHIBIT AND WITNESS LIST**
PltF's

Case Number: 3:02CV30TPS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| TPS | P. Gilmore | B. Wolfe |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12-1-05 | W. Allen | D. Sunbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| ✓ | | 12-1-05 | | | Douglas White  Old Lyme, Ct. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

2005 DEC -1 P 1:05