**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

April 4, 2006

Updike, Kelly & Spellacy
One State St., PO Box 231277
Hartford, Ct. 06123
Attn: Paul Gilmore

Re: Case Name: Cadle Co. Vs. Douglas White
Number: 3:02cv30TPS

Dear Attorney:

As the above matter has been disposed of in this court:

The administrative record is too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for the administrative record to be picked up.

If it is not picked up by April 13, 2006, the administrative record will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY: Barbara G. Seabury
Deputy Clerk

ACKNOWLEDGMENT: Kevin McCarthy      DATE: 4-4-06