# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

FILED
2006 APR 12  A 10: 4

DISTRICT COURT
HARTFORD, CT.

April 7, 2006

Gordon, Muir & Foley
attn: R. Bradley Wolfe
Hartford Square North
10 Columbus Bld.
Hartford, Ct. 06016

Re: Case Name: Douglas White vs. Rosalie A. White
    Number: 3:02cv30TPS

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed are the following exhibit(s):

    See attached

Please acknowledge receipt of the exhibits on the copy of this letter.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _Barbara G. Sunbury_
Barbara G. Sunbury
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 4/11/06