UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------:
                                                   :
THE CADLE COMPANY,            :   CIVIL ACTION NO.
    Plaintiff                  :   3:02-CV-30 (TPS)
                                                   :
v.                                                 :
                                                   :
DOUGLAS WHITE and             :
ROSALIE A. WHITE,             :
    Defendants                 :
---------------------------------------------------:   APRIL 20, 2006

DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
<u>MOTION TO AUGMENT REMEDIAL RELIEF PROVISIONS OF JUDGMENT</u>

    The defendants hereby respectfully request an extension of time up to and including June 9, 2006 for responding to plaintiff's Motion to Augment Remedial Relief Provisions of Judgment.

    Attorney R. Bradley Wolfe, representing the defendants, has contacted counsel for the plaintiff who has indicated that he has no objection to the granting of this Motion.

                              DEFENDANTS,
                              DOUGLAS WHITE AND ROSALIE A. WHITE

                              By_____
                                 R. Bradley Wolfe
                                 Gordon, Muir and Foley, LLP
                                 10 Columbus Boulevard
                                 Hartford, CT 06106
                                 Telephone Number: (860) 525-5361
                                 Fed. Bar No. ct 04332
                                 rbwolfe@gmf.law.com

## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on April 20, 2006:

Paul N. Gilmore, Esquire
Updike, Kelly & Spellacy, PC
One State Street
PO Box 231277
Hartford, CT 06123-1277

_____
R. Bradley Wolfe

::ODMA\PCDOCS\DOCS\416701\1