UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

---

| | |
|---|---|
| THE CADLE COMPANY, <br>     Plaintiff | : CIVIL ACTION NO. <br> : 3:02-CV-30 (TPS) |
| v. | : |
| DOUGLAS WHITE and <br> ROSALIE A. WHITE, <br>     Defendants | : <br> : September 19, 2006 |

---

### MOTION FOR LEAVE TO DEPOSE JUDGMENT DEBTOR

Pursuant to Fed.R.Civ.P. 69, The Cadle Company ("Cadle"), judgment creditor in the above-captioned action, respectfully moves for leave to depose judgment debtor Rosalie A. White in aid of its judgment.

Cadle has propounded post-judgment interrogatories upon Mrs. White in accordance with the Connecticut statute governing post-judgment discovery, Conn. Gen. Stat. § 52-351b, made applicable to this case by operation of Fed.R.Civ.P. 69. Mrs. White's responses fail to disclose sufficient assets to satisfy the judgment. Cadle, therefore, seeks leave of this Court to depose Mrs. White regarding her interrogatory responses, the nature and location of her assets, and her ability to satisfy the judgment. Pursuant to L.Civ.R. 37(a), an affidavit of counsel and brief memorandum of law accompany this Motion.

446386

Dated at Hartford, Connecticut, this 19th day of September, 2006.

                                      **PLAINTIFF, THE CADLE COMPANY**

By: *[signature]*
                                      PAUL N. GILMORE, ESQ.
                                      Fed. Bar No. ct03347
                                      UPDIKE, KELLY & SPELLACY, P.C.
                                      One State Street
                                      P.O. Box 231277
                                      Hartford, CT 06123-1277
                                      Tel.: (860) 548-2600
                                      Fax: (860) 548-2680

## CERTIFICATION OF SERVICE

This is to certify that on the 19th day of September, 2006, the undersigned did cause to be sent, via first class U.S. Mail, postage prepaid, a copy of foregoing Motion and accompanying Affidavit of Counsel and Memorandum of Law to:

William J. Gallito, Esq.
R. Bradley Wolfe, Esq.
Gordon, Muir & Foley, LLP
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106-1976

PAUL N. GILMORE, ESQ.