UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

---------------------------------------------------------- :
                                                           :
THE CADLE COMPANY,              :   CIVIL ACTION NO.
        Plaintiff               :   3:02-CV-30 (TPS)
                                :
v.                              :
                                :
DOUGLAS WHITE and               :
ROSALIE A. WHITE,               :
        Defendants              :   September 19, 2006
---------------------------------------------------------- :

**AFFIDAVIT OF COUNSEL**

STATE OF CONNECTICUT            :
                                :  SS: Hartford        Date: September 19, 2006
COUNTY OF HARTFORD              :

The undersigned, Stephen R. Klaffky, after having been first duly sworn, does hereby depose and say:

1. I am over the age of 21 years and believe and understand the obligations of an oath.

2. I am an associate at the law firm of Updike, Kelly & Spellacy, P.C. and an attorney for The Cadle Company. As such, I am working closely with Paul N. Gilmore, counsel of record in the above-captioned proceeding, regarding satisfaction of the outstanding judgment.

3. On September 19, 2006, I contacted R. Bradley Wolfe, counsel for the judgment debtor Rosalie A. White, in a good faith effort to determine whether Attorney Wolfe would stipulate

446386

to the foregoing Motion for Leave to Depose Judgment Debtor in accordance with Fed.R.Civ.P. 30(a)(2)(B).

4. Attorney Wolfe advised me that he would not make any such stipulation.

5. Further, affiant sayeth not.

_____
STEPHEN R. KLAFFKY, ESQ.

Subscribed and sworn to, before me,
this 19th of September, 2006.

_____
Commissioner of the Superior Court

446386

2