UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford Division)

| | | |
|---|---|---|
| THE CADLE COMPANY | ) | |
|     Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 3:02 CV-030 (TPS) |
| | ) | |
| DOUGLAS WHITE and | ) | |
| ROSALIE WHITE | ) | |
|     Defendants | ) | NOVEMBER 30, 2006 |
| | ) | |

ENTRY OF APPEARANCE

Please enter the Appearance of Brad M. Mondschein, as counsel for the plaintiff, The Cadle Company. Said appearance is in addition to other appearances of record.

THE PLAINTIFF,

By _____
Brad M. Mondschein, Esq.
Federal Bar No: ct 13800
UPDIKE, KELLY & SPELLACY, P.C.
P.O. Box 231277
One State Street
Hartford, CT 06123-1277
(860) 548-2600

453084

-2-

## CERTIFICATION

      I hereby certify that on November 30th, 2006, the foregoing was mailed, postage prepaid, to:

R. Bradley Wolfe, Esq.
Gordon, Muir & Foley, LLP
Ten Columbus Blvd.
Hartford, CT 06106

                                              Brad N. Mondschein, Esq.
                                              Updike, Kelly & Spellacy, P.C

453084