UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

---

| | |
|---|---|
| THE CADLE COMPANY,<br>　　　　Plaintiff | CIVIL ACTION NO.<br>3:02-CV-30 (TPS) |
| v. | |
| DOUGLAS WHITE and<br>ROSALIE A. WHITE,<br>　　　　Defendants | March 15, 2007 |

**PLAINTIFF'S MOTION TO OPEN AND MODIFY THE JUDGMENT TO AUGMENT THE INJUNCTIVE, REMEDIAL RELIEF PROVISONS OF THE JUDGMENT**

Pursuant to Fed. R. Civ. P. 60(b), The Cadle Company ("Cadle" or "Plaintiff"), hereby moves the Court to open and modify the judgment entered on March 21, 2006 (the "Judgment") in order to augment the injunctive, remedial relief provisions of the Judgment. The grounds for this motion are that the defendants have circumvented the injunction entered by the court. Specifically, the defendant-judgment debtor Douglas White, instead of turning over his commission checks to his wife (the defendant-judgment debtor Lee White), which the injunction issued by the court prohibited him from doing, has instead assigned his right to receive commission income to a limited liability company that he manages out of his home, which has effectively prevented the Plaintiff from executing on the judgment. Plaintiff had sought to enjoin

456452v3

such conduct (then only in theory a possible means of circumventing the injunction), by its motion to augment the injunction filed on or about April 19, 2006. The court denied that motion and, Plaintiff learned that thereafter, in June of 2006, defendant Douglas White embarked precisely upon that course of action as a means of circumventing the injunction and preventing the plaintiff from effectively executing on the Judgment. By this means of circumvention, defendant Douglas White has diverted many tens of thousands of dollars of what was commission income due to him into accounts receivable of a limited liability company created and managed by him, and said limited liability company is and has been receiving, since the summer of 2006, commission checks payable to its order that were in reality earned by defendant Douglas White, all in order to avoid the injunction and the Plaintiff's efforts to collect on this more than $600,000 judgment.

Plaintiff believes it is appropriate for the court to re-visit the motion to augment filed by the Plaintiff on or about April 19, 2006, and to now impose those strictures as part of the permanent injunctive relief. In addition, the Plaintiff has, contemporaneously herewith, filed an application for a charging order against the interest of the defendants in this new limited liability company.

In support of this motion, the Plaintiff has filed a memorandum of law.

Respectfully submitted, this 15th day of March, 2007.

PLAINTIFF/JUDGMENT CREDITOR,
THE CADLE COMPANY,

By: _____
PAUL N. GILMORE, ESQ.
Fed. Bar No. ct 03347
UPDIKE, KELLY & SPELLACY, P.C.
One State Street
P.O. Box 231277
Hartford, CT 06123-1277
Tel.: (860) 548-2600
Fax: (860) 548-2680
pgilmore@uks.com

**CERTIFICATION OF SERVICE**

This is to certify that on the 16th day of March, 2007, the undersigned did cause to be sent, via courier, a copy of foregoing to:

R. Bradley Wolfe, Esq.
William J. Gallito, Esq.
Gordon, Muir & Foley, LLP
Ten Columbus Blvd.
Hartford, CT 06106

PAUL N. GILMORE, ESQ.
Updike, Kelly & Spellacy, P.C.