UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------:
                                                   :
THE CADLE COMPANY,            :   CIVIL ACTION NO.
    Plaintiff                  :   3:02-CV-30 (TPS)
                                                   :
v.                                                 :
                                                   :
DOUGLAS WHITE and             :
ROSALIE A. WHITE,             :
    Defendants                 :
---------------------------------------------------:   APRIL 3, 2007

## MOTION TO WITHDRAW

    Attorney R. Bradley Wolfe respectfully requests that this Court grant him permission to withdraw as counsel in the above-captioned matter. Counsel requests permission to withdraw pursuant to Rule 1.16 (5) and (6) of the Rules of Professional Conduct.

    In support hereof, the undersigned represents as follows:

    1.    Counsel represents that the trial phase of the matter has concluded and that he has not been involved in any post-judgment discussions with the defendants who, in fact, were represented at an examination of judgment debtor by separate counsel.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS No. 24029

2. Clients have <u>not</u> consulted with or replied to counsel's inquiries for some time. This lack of communication has led to a breakdown of the trust and loyalty necessary for an effective attorney-client relationship. See <u>McGuire v. Wilson</u>, 735 F. Supp. 83 (S.D.N.Y. 1990).

3. Douglas and Rosalie White have deliberately disregarded the fee arrangement entered into with the undersigned. See <u>Farr Man Coffee, Inc. v. M/S Bernhard S</u>, 1989 WL 31529 (S.D.N.Y., March 28, 1989) (client's refusal to pay or cooperate is reason for withdrawal); <u>Boyle v. Revici</u>, 1987 WL 28707 (S.D.N.Y. December 9, 1987) (withdrawal upon showing by affidavit of client refusal to assure payment monies due); <u>Statue of Liberty-Ellis Island Found., Inc. v. International United Indust., Inc.</u>, 110 F.R..D. 395, 397 (S.D.N.Y. 1986) (law firm entitled to be relieved from representation of client who had not cooperated or paid).

DEFENDANTS,
DOUGLAS WHITE AND ROSALIE A. WHITE

By _____
R. Bradley Wolfe
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Telephone Number: (860) 525-5361
Fed. Bar No. ct 04332
rbwolfe@gmf.law.com

**CERTIFICATION** *Certified Mail, Return Receipt Requested*

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record on April 3, 2007:

Paul N. Gilmore, Esquire
Updike, Kelly & Spellacy, PC
One State Street
PO Box 231277
Hartford, CT 06123-1277

Mr. Douglas White
53 Flat Rock Hill Road
Old Lyme, Connecticut 06371

Mrs. Rosalie White
53 Flat Rock Hill Road
Old Lyme, Connecticut 06371

_____
R. Bradley Wolfe

::ODMA\PCDOCS\DOCS\437370\1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361         FACSIMILE (860) 525-4849         JURIS No. 24029