# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

THE CADLE COMPANY,
    Plaintiff

## APPEARANCE

vs

Douglas White and
Rosalie White,
    Defendants

CASE NUMBER:   3:02-CV-30 (TPS)

April 23, 2007

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Douglas White and Rosalie White, Defendants

| | |
|---|---|
| April 23, 2007 | *(signature)* |
| **Date** | **Signature** |
| CT 10795 | C. George Kanabis |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (860) 442-8506 | 320 State Street   PO Box 2022 |
| **Telephone Number** | **Address** |
| (860) 442-6611 | New London, CT  06320 |
| **Fax Number** | |
| | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
PO Box 231277
Hartford, CT   06123-1277

*(signature)*
**Signature**  C. George Kanabis

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001