UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Hartford)

| | | |
|---|---|---|
| THE CADLE COMPANY,<br>Plaintiff | : : : : | CIVIL ACTION NO.<br>3:02-CV-30 (TPS) |
| v. | : : | |
| DOUGLAS WHITE and<br>ROSALIE A. WHITE,<br>Defendants | : : : : | April 23, 2007 |

### DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION
### TO OPEN AND MODIFY JUDGMENT

On or about March 15, 2007, the Plaintiff, The Cadle Company, filed a Motion to Open and Modify the Judgment to augment the injunctive, remedial relief provisions of the Judgment allegedly pursuant to Fed.R.Civ P.60(b). The Plaintiffs failed to cite the specific section of the rule which they were proceeding under and, in addition, failed to state facts sufficient for the court to grant its motion.

The Plaintiff's motion should be denied and in support of its position, the Defendants have filed a Memorandum of Law.

Respectfully submitted this 23rd day of April, 2007.

                                              THE DEFENDANTS
                                              Douglas White and
                                              Rosalie A. White

                                              By_____
                                              C. George Kanabis, Esq.
                                              Fed. Bar No. CT 10795
                                              KANABIS & HOULE
                                              320 State Street
                                              PO Box 2022
                                              New London, CT 06320
                                              Tel: (860) 442-8506
                                              Fax: (860) 442-6611

**CERTIFICATION OF SERVICE**

I certify that a copy of the foregoing has been mailed on this the 23rd day of April, 2007, postage prepaid to:

Paul N. Gilmore, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street
PO Box 231277
Hartford, CT  06123-1277

By_____
C. George Kanabis