UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CADLE COMPANY ) | CIVIL ACTION NO.: |
| ) | 3:02 CV 30 (TPS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DOUGLAS WHITE AND ROSALIE WHITE ) | |
| ) | |
| Defendants. ) | APRIL 30, 2007 |

## **APPEARANCE**

Please enter my appearance as counsel for THE CADLE COMPANY, the plaintiff in the above referenced matter.

RESPECTFULLY SUBMITTED,

By: _____
DANIEL CANAVAN, ESQ.
Federal Bar No.: ct22990
Updike, Kelly & Spellacy, P.C.
One State Street
Hartford, CT 06123-1277
Tel. (860) 548-2600
Fax. (860) 548-2680
dcanavan@uks.com

470810

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been hand delivered this 30th day of April, 2007, to the following counsel of record.

C. George Kanabis
Kanabis and Houle
320 State Street
PO Box 2022
New London, CT

By: _____
DANIEL CANAVAN, ESQ.
Updike, Kelly & Spellacy, P.C.

470810